UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
1010 5th Ave , Room 215
Seattle, Washington 98104



FILED
LODGED
RECEIVED

MAIL

**BRUCE RIFKIN**
District Court Executive
Seattle, Washington

**MAY 28 2002**

May 15, 2002

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

Clerk's Office
US District Court-Central Dist of CA
US Courthouse
312 N Spring St, Rm G-8
Los Angeles, CA 90012

02-461 CR

RE.   **USA v. Smith**
   YOUR CASE NUMBER:   CR02-641 CAS
   OUR CASE NUMBER:    CR88-299C

Dear Clerk

   Pursuant to the Order Transferring Probation Jurisdiction in the above-captioned case, enclosed are certified copies of

|   |   |
|---|---|
| X | Docket sheet |
| X | Indictment or Information |
| X | Judgment & Commitment |
| X | Plea Agreement |
| X | Financial Case Record (from Financial Dept ) |
|   | Other: |

   Please acknowledge receipt of the above documents by returning the enclosed copy of this letter

Sincerely,

BRUCE RIFKIN, DISTRICT COURT EXECUTIVE

By  _____
   Mary Heuerman, Deputy Clerk

CR 88-00299 #00000671

Enclosures
cc. AUSA, USPO

671